### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICHARD MARCH, *et al*., individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>      Defendant. | Case No. 2:23-cv-02360-EFM-TJJ |

### PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT UNDER RULE 23(e)

Plaintiffs Richard March, Belinda Hollins, Diane Coluzzi, Michael Marchelos, Gary Lieb, Jean Lu, Giovanna Bolanos and Claude Grant ("Plaintiffs") respectfully submit this motion for an order entering preliminary approval of a proposed class action settlement and directing notice of the settlement to the proposed settlement class pursuant to Federal Rule of Civil Procedure 23(e). This motion is not opposed by Defendant Bank of America, N.A.

In support of this Motion, Plaintiffs submit herewith the Parties' Settlement Agreement and accompanying exhibits as Exhibit 1; a supporting Memorandum of Law; the Declaration of Class Counsel; and a Proposed Order for the Court's consideration.

Dated: August 12, 2025

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

<u>/s/ George A. Hanson</u>
George A. Hanson, KS Bar # 16805
Alexander T. Ricke, KS Bar # 26302
Caleb J. Wagner, D Kan # 78945
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:    (816) 714-7100
Facsimile:    (816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com
wagner@stuevesiegel.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on August 12, 2025, the foregoing document was filed with the Court's CM/ECF system, which served a copy of the foregoing document on all counsel of record.

<u>/s/ *George A. Hanson*</u>
Counsel for Plaintiff