### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

RICHARD MARCH, *et al*., individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

BANK OF AMERICA, N.A.,

        Defendant.

Case No. 2:23-cv-02360-HLT-TJJ

### PLAINTIFFS' UNOPPOSED MOTION FOR
### FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs respectfully submit this motion for final approval of a class action settlement pursuant to Federal Rule of Civil Procedure 23(e). This motion is not opposed by Defendant.

In support of this motion, Plaintiffs submits a Memorandum of Law, the Declaration of George A. Hanson (Class Counsel), and the Declaration of Jeffrey Mitchell of Analytics Consulting LLC (the Settlement Administrator). Plaintiffs have previously submitted a Motion for Attorneys' Fees, Expenses, and Service Awards and supporting Memorandum of Law, which is currently before the Court. *See* Dkt. 59-60.

For the reasons further described in the accompanying Memorandum, Plaintiffs respectfully request Court grant Plaintiffs' instant motion for final approval, approve the Settlement Agreement in its entirety, award Class Counsel attorneys' fees and expenses as requested, and approve the service awards as requested. Class Counsel anticipate submitting a proposed order granting the requested relief and approving the settlement in advance of the final approval hearing set for December 4, 2025 at 9:00 a.m. in the Kansas City, Kansas Courthouse.

Dated: November 20, 2025

Respectfully submitted,

**STUEVE SIEGEL HANSON LLP**

*/s/ George A. Hanson*
George A. Hanson, KS Bar # 16805
Alexander T. Ricke, KS Bar # 26302
Caleb J. Wagner, D Kan # 78945
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone:	(816) 714-7100
Facsimile:	(816) 714-7101
hanson@stuevesiegel.com
ricke@stuevesiegel.com
wagner@stuevesiegel.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 20, 2025, the foregoing document was filed with the Court's CM/ECF system, which served a copy of the foregoing document on all counsel of record.

/s/ *George A. Hanson*
Counsel for Plaintiff